UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-20369-CIV-MOORE/SIMONTON

JASON ABLELOVE, individually and
on behalf of all others similarly situated, *et al.*,

    Plaintiffs,

v.

CARNIVAL CORPORATION, *et al.*,

    Defendants.
_____/

## DEFENDANT CARNIVAL CORPORATION'S RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE WHY MOTION TO APPOINT INTERIM CO-LEAD CLASS COUNSEL SHOULD NOT BE GRANTED

Defendant Carnival Corporation ("Carnival"), by and through its undersigned counsel, hereby responds to the Court's April 10, 2008 Order to Show Cause Why Motion to Appoint Interim Co-Lead Class Counsel Should Not be Granted (dkt. # 50) and states the following:

On February 29, 2008, Carnival filed a response to Plaintiffs' Motion for Consolidation of Actions, for Appointment of Interim Co-Lead Class Counsel, and for Entry of Pretrial Order No. 1, and to Plaintiffs Cynthia and Jeff Wright's Notice of Joinder in such motion. (Dkt. # 17.) In its response, Carnival took no position with respect to Plaintiffs' Motion for Appointment of Interim Co-Lead Class Counsel. Carnival continues to maintain that position with respect to Plaintiffs' Motion for Appointment of Interim Co-Lead Class Counsel.

Dated:  April 14, 2008

        Respectfully submitted,

        s/    Damien J. Marshall
        Stuart H. Singer (Florida Bar No. 377325)
        ssinger@bsfllp.com
        Damien J. Marshall (Florida Bar No. 0191302)
        dmarshall@bsfllp.com
        BOIES, SCHILLER & FLEXNER LLP
        401 East Las Olas Boulevard, Suite 1200
        Ft. Lauderdale, Florida 33301
        Telephone: (954) 356-0011
        Facsimile: (954) 356-0022

        *Counsel for Carnival Corporation*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 14, 2008, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                                                             s/ Damien J. Marshall
                                                                                             Boies, Schiller & Flexner LLP

## SERVICE LIST

**Ablelove v. Carnival Corporation,** *et al.,* **Case No. 08-20369-MOORE/SIMONTON**
**United States District Court, Southern District of Florida**

| | |
|---|---|
| Harley S. Tropin, Esq.<br>Thomas A. Tucker, Esq.<br>Kurt M. Zaner, Esq.<br>KOZYAK TROPIN & THROCKMORTON, P.A.<br>2525 Ponce De Leon Boulevard, 9th Floor<br>Miami, Florida 33134<br>Telephone: (305) 372-1800<br>Facsimile: (305) 372-3508<br>hst@kttlaw.com<br>tr@kttlaw.com<br>kmz@kttlaw.com<br><br>*Counsel for Plaintiff Jason Ablelove*<br><br>Hollis L. Salzman, Esq.<br>LABATON SUCHAROW LLP<br>140 Broadway<br>New York, New York 10005<br>Telephone: (212) 907-0700<br>Facsimile: (212) 818-0477<br>hsalzman@labaton.com<br><br>*Counsel for Plaintiff Jason Ablelove*<br><br>Kenneth J. Vianale, Esq.<br>Julie Prag Vianale, Esq.<br>VIANALE & VIANALE LLP<br>2499 Glades Road, Suite 112<br>Boca Raton, Florida 33431<br>Telephone: (561) 392-4750<br>Facsimile: (561) 392-4775<br>kvianale@vianalelaw.com<br>jvianale@vianalelaw.com<br><br>*Counsel for Plaintiffs Edward Levin, Sandra Levin and Michael D. Lebrun* | Stuart H. Singer, Esq.<br>Damien J. Marshall, Esq.<br>BOIES, SCHILLER & FLEXNER LLP<br>401 East Las Olas Boulevard, Suite 1200<br>Ft. Lauderdale, Florida 33301<br>Telephone: (954) 356-0011<br>Facsimile: (954) 356-0022<br>ssinger@bsfllp.com<br>dmarshall@bsfllp.com<br><br>*Counsel for Carnival Corporation*<br><br>Catherine J. MacIvor, Esq.<br>Jeffrey Eric Foreman, Esq.<br>Bjorg Eikeland, Esq.<br>MALTZMAN FOREMAN PA<br>2 S Biscayne Boulevard<br>One Biscayne Tower, Suite 2300<br>Miami, FL 33131-1803<br>Telephone: (305) 358-6555<br>Facsimile: (305) 374-9077<br>cmacivor@mflegal.com<br>jforeman@mflegal.com<br>beikeland@mflegal.com<br><br>*Counsel for Silversea Cruises*<br><br>Christopher Stephen Carver, Esq.<br>AKERMAN SENTERFITT<br>Suntrust International Center<br>1 SE 3rd Avenue, 25th Floor<br>Miami, FL 33131-1714<br>Telephone: 305-982-5572<br>Fax: 305-374-5095<br>christopher.carver@akerman.com<br><br>*Counsel for Ambassadors International, Inc.* |

4

Daniel B. Scott, Esq.
Steven A. Schwartz, Esq.
Benjamin F. Johns, Esq.
CHIMICLES & TIKELLIS LLP
361 West Lancaster Avenue
Haverford, Pennsylvania 19041
Telephone: (610) 642-8500
Facsimile: (610) 649-3633
danielscott@chimicles.com
steveschwartz@chimicles.com
benjohns@chimicles.com

*Counsel for Plaintiffs Edward Levin, Sandra Levin and Michael D. Lebrun*

Lawrence Dean Silverman, Esq.
Scott Brian Cosgrove, Esq.
SILVERMAN COSGROVE & SAMMATARO LLC
One Biscayne Tower
2 South Biscayne Boulevard, Suite 2650
Miami, FL 33131
Telephone: (305)377-1666
Facsimile: (305)377-1664
lsilverman@scs-legal.com
scosgrove@scs-legal.com

*Counsel for Plaintiffs Cynthia Wright, Jeff Wright, and Richard McManus*

Corey D. Holzer, Esq.
Michael I. Fistel, Jr., Esq.
HOLZER HOLZER & FISTEL LLC
1117 Perimeter Center West, Suite E-107
Atlanta, GA 30338
Telephone: (770)392-0090
cholzer@holzerlaw.com
mfistel@holzerlaw.com

*Counsel for Plaintiffs Cynthia Wright and Jeff Wright*

Maria Isabel Hoelle, Esq.
Michael Abram Rosen, Esq.
FOWLER RODRIQUEZ LLP
355 Alhambra Circle, Suite 801
Coral Gables, FL 33134
Telephone: 786-364-8400
Facsimile: 786-364-8401
mhoelle@frc-law.com
mrosen@frc-law.com

*Counsel for Florida-Caribbean Cruise Association, Inc.*

William F. Clair, Esq.
HILL BETTS & NASH LLP
601 Brickell Key Drive
Courvoisier Centre II, 5th Floor
Miami, FL 33131-2662
Telephone: 786-425-9900
Facsimile: 786-425-9090
wclair@hillbetts.com

*Counsel for Regent Seven Seas Cruises, Inc. & Oceania Cruises, Inc.*

Bruce Benjamin Baldwin, Esq.
MASE & LARA PA
80 SW 8th Street, Suite 2700
Miami, FL 33130
Telephone: 305-377-3770
Facsimile: 305-377-0080
bbaldwin@mltrial.com

*Counsel for Norwegian Cruise Line Limited*

Sanford Lewis Bohrer, Esq.
Scott Daniel Ponce, Esq.
HOLLAND & KNIGHT LLP
701 Brickell Avenue, Suite 3000
Miami, FL 33131
Telephone: 305-789-7678
Facsimile: 305-679-6335
sbohrer@hklaw.com
sponce@hklaw.com

*Counsel for Royal Caribbean Cruises, Ltd.*

5

|  | Christopher M. Curran, Esq.<br>WHITE & CASE LLP<br>701 13th Street NW<br>Washington, DC 20005<br>Telephone: 202-626-3600<br>Facsimile: 202-639-9355<br>ccurran@whitecase.com<br><br>*Counsel for Royal Caribbean Cruises, Ltd.* |
|---|---|