UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 08-20369-CIV-MOORE/SIMONTON

JASON ABLELOVE, individually and
on behalf of others similarly situated, et al.,

    Plaintiffs,

vs.

CARNIVAL CORPORATION et al.,

    Defendants.
_____/

CLOSED CIVIL CASE

## ORDER OF DISMISSAL

THIS CAUSE came before the Court upon Plaintiffs' Notice of Voluntary Dismissal Without Prejudice (dkt # 52).

UPON CONSIDERATION of the Motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that Plaintiffs' Notice of Voluntary Dismissal Without Prejudice (dkt # 52) is GRANTED.  Plaintiffs' claims and complaint against Defendants are hereby DISMISSED WITHOUT PREJUDICE.  This case is CLOSED.  All motions not yet ruled upon are DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this 14th day of April, 2008.

_____
K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record